**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____ Chapter __7__

☐ Check if this is an
amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☑ Chapter 7
   ☐ Chapter 11

## Part 2:   Identify the Debtor

2. **Debtor's full name**

   Taylor
   First name

   Ronald
   Middle name

   Woods
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

   _____
   _____
   _____

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☑ Unknown

   xxx – xx – ___ ___ ___ ___    OR    **9** xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   ___ – ___ ___ ___ ___ ___ ___
   EIN

   ___ – ___ ___ ___ ___ ___ ___
   EIN

Debtor     **Taylor Ronald Woods**                                          Case number *(if known)*_____

| 6. | **Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|---|

**Principal residence**

142 E. Clearvue Dr.
Number     Street

_____

Meridian                    ID    83646
City                        State  ZIP Code

Ada County
County

**Mailing address, if different from residence**

_____
Number     Street

_____

_____
City                        State  ZIP Code

**Principal place of business**

_____
Number     Street

_____

_____
City                State  ZIP Code

_____
County

---

7. **Type of business**

❑  Debtor does not operate a business

*Check one if the debtor operates a business:*

❑  Health Care Business (as defined in 11 U.S.C. § 101(27A))
❑  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❑  Stockbroker (as defined in 11 U.S.C. § 101(53A))
❑  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑  None of the above

---

8. **Type of debt**

**Each petitioner believes:**

❑  **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑  **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

9. **Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

❑  No

☑  Yes. Debtor  Howard Chorng Jeng Wu                  Relationship  Business Partner

District  Central District of CA  Date filed  12/29/2021   Case number, if known  2:21-bk-19480
                                            MM / DD / YYYY

Debtor  Urban Commons, LLC                  Relationship  LLC owned by Debtor

District  Central District of CA  Date filed  04/29/2021   Case number, if known  2:21-bk-13523
                                            MM / DD / YYYY

---

Debtor   **Taylor Ronald Woods** _____   Case number (if known) _____

| Part 3: | **Report About the Case** |
|---|---|

**10. Venue**

Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| WBC Special Assets, LLC, a Delaware Limited Liability Company as assignee of West Bay Capital, LLC, a California Limited Liability Company | Money Loaned | $11,639,714.34 |
| Capital Lending Resources, Inc., a California Corporation | Loan Origination Fees | $ 1,288,753.47 |
| Craig Quinn, as Trustee of the Craig & Collin Quinn Family Trust dated September 2000 | Promissory Note | $ 231,561.65 |
| | Total | $13,160,029.46 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

Debtor ___ Taylor Ronald Woods ___                    Case number (if known) _____

### Part 4:   Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

✗ _____ , Managing Partner
Signature of petitioner or representative, including representative's title

WBC Special Assets, LLC
Printed name of petitioner

Date signed   06/29/2022
            MM / DD / YYYY

**Mailing address of petitioner**

222 North Pacific Coast Highway, Suite 1780
Number    Street

El Segundo              CA      90245
City                    State           ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone _____

Email _____

**Name and mailing address of petitioner's representative, if any**

William McBride
Name

222 North Pacific Coast Highway, Suite 1780
Number    Street

El Segundo              CA      90245
City                    State           ZIP Code

**Attorneys**

✗ /s/ Roye Zur
Signature of attorney

Roye Zur, Esq.
Printed name

Elkins Kalt Weintraub Reuben Gartside LLP
Firm name, if any

10345 W. Olympic Blvd.
Number    Street

Los Angeles              CA      90064
City                     State           ZIP Code

Date signed   06/30/22
            MM / DD / YYYY

Contact phone (310) 746-4400   Email rzur@elkinskalt.com

Debtor    Taylor Ronald Woods                              Case number (if known)_____

✗ _~~William McBride~~_ , President

Signature of petitioner or representative, including representative's title

Capital Lending Resources, Inc.

Printed name of petitioner

Date signed  06/29/2022
             MM / DD / YYYY

Mailing address of petitioner

222 North Pacific Coast Highway, Suite 1780

Number    Street

El Segundo              CA        90245

City                   State              ZIP Code

Name and mailing address of petitioner's representative, if any

William McBride, President

Name

222 North Pacific Coast Highway, Suite 1780

Number    Street

El Segundo              CA        90245

City          State ZIP Code

---

✗ _/s/ Roye Zur_

Signature of Attorney

Roye Zur, Esq.

Printed name

Elkins Kalt Weintraub Reuben Gartside LLP

Firm name, if any

10345 W. Olympic Blvd.

Number    Street

Los Angeles              CA        90064

City                     State              ZIP Code

Date signed    06/30/22
               MM / DD / YYYY

Contact phone (310) 746-4400   Email rzur@elkinskalt.com

---

✗ _(signature)_

Signature of petitioner or representative, including representative's title

Craig Quinn, as Trustee of the Craig & Colleen Quinn Family Trust dated September 2000

Printed name of petitioner

Date signed  6 29 22
             MM / DD / YYYY

Mailing address of petitioner

222 North Pacific Coast Highway, Suite 1780

Number    Street

El Segundo              CA        90245

City                   State              ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                   State              ZIP Code

---

✗ _/s/ Roye Zur_

Signature of Attorney

Roye Zur, Esq.

Printed name

Elkins Kalt Weintraub Reuben Gartside LLP

Firm name, if any

10345 W. Olympic Blvd.

Number    Street

Los Angeles              CA        90064

City                     State              ZIP Code

Date signed    06/30/22
               MM / DD / YYYY

Contact phone (310) 746-4400   Email rzur@elkinskalt.com

---