MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
TAYLOR RONALD WOODS

**FILED & ENTERED**

**AUG 03 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** llewis    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TAYLOR RONALD WOODS,<br><br><br>Debtor. | Case No. 2:22-bk-13613-ER<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO INVOLUNTARY PETITION AND CONTINUE STATUS CONFERENCE<br><br>Current Status Conference<br>Date:  August 30, 2022<br>Time:  10:00 a.m.<br>Ctrm:  1568<br><br>Continued Status Conference<br>Date:  October 4, 2022<br>Time:  10:00 a.m.<br>Ctrm:  1568 |

The Court has read and considered the stipulation to extend deadline to respond to involuntary petition and continue status conference ("Stipulation") entered into between Taylor Ronald Woods ("Putative Debtor"), on the one hand, and WBC Special Assets, LLC ("WBC"), Capital Lending Resources, Inc. ("Capital Lending"), and Craig Quinn, as Trustee of the Craig and Colleen Quinn Family Trust dated September 2000 ("Quinn," and together with WBC and Capital Lender, "Petitioning Creditors"), on the other hand, filed on August 2, 2022, as Dk. No. 5, and has found good cause to approve the Stipulation:

1

IT IS ORDERED that:

1. The Stipulation is approved in its entirety.

2. Putative Debtor's time to respond to Petition is extended from August 5, 2022, to, and including, **September 6, 2022**;

3. The Status Conference currently scheduled for August 30, 2022, at 10:00 a.m., is continued to **October 4, 2022**, at **10:00 a.m.**; and

4. The Status Conference set for August 30, 2022 at 10:00 a.m. is taken off calendar. ~~No appearances by the Parties is required at the Status Conference on August 30, 2022, at 10:00 a.m.~~

### ###

Date: August 3, 2022

*/s/ Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

4857-4170-1677, v. 1

2