MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Debtor,
TAYLOR RONALD WOODS

FILED & ENTERED

SEP 20 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TAYLOR RONALD WOODS,<br><br>Debtor. | Case No. 2:22-bk-13613-ER<br><br>Chapter 7<br><br>ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO RESPOND TO INVOLUNTARY PETITION<br><br>Current Status Conference<br>Date:   October 4, 2022<br>Time:   10:00 a.m.<br>Ctrm:   1568 |

The Court has read and considered the stipulation to extend deadline to respond to involuntary petition ("Stipulation") entered into between Taylor Ronald Woods ("Putative Debtor"), on the one hand, and WBC Special Assets, LLC ("WBC"), Capital Lending Resources, Inc. ("Capital Lending"), and Craig Quinn, as Trustee of the Craig and Colleen Quinn Family Trust dated September 2000 ("Quinn," and together with WBC and Capital Lender, "Petitioning Creditors"), filed on September 20, 2022, as Dk. No. 18, and has found good cause to approve the Stipulation:

/ / /

/ / /

1

IT IS ORDERED that:

1. The Stipulation is approved in its entirety; and

2. Putative Debtor's time to respond to Petition is extended from September 20, 2022, to, and including, **September 23, 2022**.

### #

4890-7991-5316, v. 1

Date: September 20, 2022

Ernest M. Robles
United States Bankruptcy Judge