

**FILED & ENTERED**

**OCT 26 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Taylor Ronald Woods,<br>           Alleged Debtor. | Case No.: 2:22-bk-13613-ER<br>Chapter: 7<br><br>**ORDER: (1) GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND (2) VACATING HEARING ON MOTION**<br><br>**[RELATES TO DOC. NO. 32]**<br><br>**VACATED HEARING DATE:**<br><br>Date:      October 31, 2022<br>Time:      10:00 a.m.<br>Location:  Courtroom 1568<br>           Roybal Federal Building<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

Taylor Ronald Woods (the "Alleged Debtor") having filed a *Notice of Non-Opposition* [Doc. No. 39] to the *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Doc. No. 32] (the "RFS Motion") filed by Ronald A. Christensen and Clifford Rosen ("Movants"); and no other party having filed a timely opposition to the RFS Motion; and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The RFS Motion[1] is **GRANTED** pursuant to 11 U.S.C. § 362(d)(1).
2) As to Movants, their successors, transferees, and assigns, the stay of 11 U.S.C. § 362(a) is annulled retroactively to the bankruptcy petition date. Any postpetition

---

[1] The RFS Motion affects the following nonbankruptcy action: *Clifford Rosen et al. v. Urban Commons, LLC*, 8:20-cv-01973-JLS-DFM, pending in the United States District Court for the Central District of California.

    acts taken by Movants to enforce their remedies regarding the nonbankruptcy action do not constitute a violation of the stay.
3) Movants may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law, provided that the stay remains in effect with respect to the enforcement of any judgment against the Alleged Debtor or property of the Alleged Debtor's bankruptcy estate.
4) This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
5) Notwithstanding Bankruptcy Rule 4001(a)(3), this Order shall take effect immediately upon entry.
6) The hearing on the RFS Motion, set for October 31, 2022 at 10:00 a.m., is **VACATED**.

IT IS SO ORDERED.

###

Date: October 26, 2022

Ernest M. Robles
United States Bankruptcy Judge