United States Bankruptcy Court
Central District of California

In re:                                                                                         Case No. 22-13613-ER
Taylor Ronald Woods                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin        Page 1 of 2
Date Rcvd: Oct 26, 2022        Form ID: pdf042        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor Ronald Woods, 142 E. Clearvue Dr., Meridian, ID 83646-5212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Wood | on behalf of Debtor Taylor Ronald Woods dwood@marshackhays.com dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Joshua Nuzzo | on behalf of Interested Party Courtesy NEF jnuzzo@garciarainey.com |
| Matthew Grimshaw | on behalf of Debtor Taylor Ronald Woods mgrimshaw@marshackhays.com mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com |
| Norma V Garcia | on behalf of Creditor Clifford A. Rosen ngarciaguillen@garciarainey.com jnuzzo@garciarainey.com;geason@garciarainey.com |
| Norma V Garcia | on behalf of Interested Party Courtesy NEF ngarciaguillen@garciarainey.com jnuzzo@garciarainey.com;geason@garciarainey.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 26, 2022 | Form ID: pdf042 | Total Noticed: 1

Norma V Garcia
    on behalf of Creditor Li Mei Chen ngarciaguillen@garciarainey.com  jnuzzo@garciarainey.com;geason@garciarainey.com

Roye Zur
    on behalf of Petitioning Creditor Craig Quinn  as Trustee of the Craig & Colleen Quinn Family Trust dated September 2000 rzur@elkinskalt.com, cavila@elkinskalt.com;myuen@elkinskalt.com;1648609420@filings.docketbird.com

Roye Zur
    on behalf of Petitioning Creditor WBC Special Assets  LLC, a Delaware Limited Liability Company as assignee of West Bay Capital, LLC, a California Limited Liability Company rzur@elkinskalt.com, cavila@elkinskalt.com;myuen@elkinskalt.com;1648609420@filings.docketbird.com

Roye Zur
    on behalf of Petitioning Creditor Capital Lending Resources  Inc., a California Corporation rzur@elkinskalt.com, cavila@elkinskalt.com;myuen@elkinskalt.com;1648609420@filings.docketbird.com

Shraddha Bharatia
    on behalf of Interested Party Courtesy NEF notices@becket-lee.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov


TOTAL: 11



**FILED & ENTERED**

**OCT 26 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| | |
|---|---|
| In re:    Taylor Ronald Woods,<br>         Alleged Debtor. | Case No.: 2:22-bk-13613-ER<br>Chapter: 7<br><br>**ORDER: (1) GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND (2) VACATING HEARING ON MOTION**<br><br>**[RELATES TO DOC. NO. 33]**<br><br>**VACATED HEARING DATE:**<br><br>Date:       October 31, 2022<br>Time:      10:00 a.m.<br>Location:  Courtroom 1568<br>               Roybal Federal Building<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

      Taylor Ronald Woods (the "Alleged Debtor") having filed a *Notice of Non-Opposition* [Doc. No. 38] to the *Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362* [Doc. No. 33] (the "RFS Motion") filed by Li Mei Chen ("Movant"); and no other party having filed a timely opposition to the RFS Motion; and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) The RFS Motion[1] is **GRANTED** pursuant to 11 U.S.C. § 362(d)(1).
2) As to Movant and Movant's successors, transferees, and assigns, the stay of 11 U.S.C. § 362(a) is annulled retroactively to the bankruptcy petition date. Any

---

[1] The RFS Motion affects the following nonbankruptcy action: *Li Mei Chen v. Urban Commons 6th Ave. Seattle LLC et al.* 2:21-cv-08866-JLS-DFM, pending in the United States District Court for the Central District of California.

    postpetition acts taken by Movant to enforce Movant's remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

3) Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law, provided that the stay remains in effect with respect to the enforcement of any judgment against the Alleged Debtor or property of the Alleged Debtor's bankruptcy estate.
4) This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
5) Notwithstanding Bankruptcy Rule 4001(a)(3), this Order shall take effect immediately upon entry.
6) The hearing on the RFS Motion, set for October 31, 2022 at 10:00 a.m., is **VACATED**.

IT IS SO ORDERED.

###

Date: October 26, 2022

Ernest M. Robles
United States Bankruptcy Judge